*Assistant Attorney General Holland, Ellis N. Slack, S. Dee Hanson* and *Murray L. Schwartz* for respondent. ■

No. 165. PROPST ET AL. *v.* BOARD OF EDUCATIONAL LANDS AND FUNDS OF NEBRASKA ET AL. Supreme Court of Nebraska. Certiorari denied. *Wendell Berge* for petitioners. *Clarence S. Beck,* Attorney General of Nebraska, and *Robert A. Nelson,* Assistant Attorney General, for respondents. ■

No. 166. ONEIDA, LTD. *v.* GRAYSON-ROBINSON STORES, INC. Supreme Court of Georgia. Certiorari denied. *Wallace H. Martin, Walter J. Halliday, Robert B. Troutman* and *William K. Meadow* for petitioner. ■

No. 168. CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD CO. *v.* BOARD OF RAILROAD COMMISSIONERS OF MONTANA ET AL. Supreme Court of Montana. Certiorari denied. *H. C. Pauly* for petitioner. *Arnold H. Olsen,* Attorney General of Montana, *Vera Jean Heckathorn,* Assistant Attorney General, and *Edwin S. Booth* for the Board of Railroad Commissioners; and *Lester H. Loble* for the Railroad Brotherhoods of Railroad Trainmen, Engineers, Firemen and Conductors et al., respondents.

No. 170. MAXWELL *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Geo. E. H. Goodner* and *Dewey R. Roark, Jr.* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland* and *Ellis N. Slack* for respondent. ■